## 28570. HILL v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

Decided February 7, 1974.

J. I. Hill, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28576. FULLER v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

Decided February 18, 1974.

Edgar L. Fuller, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28369. WILLIAMS v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

Decided March 7, 1974.

Charles Williams, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.